UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-2 |
| VERSUS | SECTION M (4) |
| PATRICK HUSE | |

## NOTICE OF MOTION HEARING

Take notice that this criminal case has been set for a motion hearing on **March 25, 2021, at 1:00 p.m.** by videoconference before JUDGE BARRY W. ASHE.

| | |
|---|---|
| DATE: March 12, 2021 | CAROL L. MICHEL, CLERK<br>By: Cherie Charles, Deputy Clerk |
| TO:<br>PATRICK HUSE | AUSA: Spiro G. Latsis, T.A.<br>spiro.latsis@usdoj.gov |
| **COUNSEL FOR HUSE:**<br>**Brian Capitelli**<br>brian@capitelliandwicker.com | Jeffrey Ryan McLaren<br>ryan.mclaren@usdoj.gov |
| | U.S. Marshal |
| | U.S. Probation/Pretrial Services Unit |
| | **JUDGE ASHE** |
| | **MAGISTRATE JUDGE** |
| | COURT REPORTER COORDINATOR |
| | FOREIGN LANGUAGE INTERPRETER: NO |
| If you change address, notify Clerk of Court by phone, (504) 589-7703 | Special Agent Matt Myles<br>Environmental Protection Agency |