UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-2 |
| VERSUS | SECTION M (4) |
| PATRICK HUSE | |

## NOTICE OF TRIAL
(Previously set 4/12/2021)

Take Notice that this criminal case has been set for TRIAL on **August 9, 2021, at 9:00 a.m.** before Judge Barry W. Ashe, 500 Poydras Street, Courtroom C-351, New Orleans, LA 70130.  A final Pretrial Conference will be held on **July 21, 2021 at 10:30 a.m.**

IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

| | |
|---|---|
| DATE: May 25, 2021 | CAROL L. MICHEL, CLERK<br>By: Cherie Charles, Deputy Clerk |
| TO:<br>PATRICK HUSE | AUSA: **Spiro G. Latsis, T.A**.<br>spiro.latsis@usdoj.gov<br>**Jeffrey Ryan McLaren**<br>ryan.mclaren@usdoj.gov |
| **COUNSEL FOR HUSE:**<br>**Brian J. Capitelli**<br>brian@capitelliandwicker.com<br>**Tyffani A. Lauve**<br>tyffani@capitelliandwicker.com | U.S. Marshal<br><br>U.S. Probation/Pretrial Services Unit<br><br>**JUDGE ASHE**<br><br>**MAGISTRATE JUDGE**<br><br>COURT REPORTER COORDINATOR<br><br>FOREIGN LANGUAGE INTERPRETER: NO |
| If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7703 | Special Agent Matt Myles<br>Environmental Protection Agency |