UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-02** |
| v. | * | **SECTION: "M"** |
| **PATRICK HUSE** | * | |

\* \* \*

**GOVERNMENT'S OMNIBUS MOTION *IN LIMINE*
AND NOTICE OF INTENT TO ADMIT EVIDENCE OF "OTHER ACTS"**

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the United States of America who respectfully moves this Honorable Court to prohibit the Defendant from presenting (1) evidence and argument related to specific instances of "good deeds" and "law-abidingness" by the defendant, Patrick Huse; (2) evidence and argument suggesting selective prosecution; (3) evidence and argument related to a legal issue concerning the Outer Continental Shelf Lands Act and associated rules and regulations; (4) evidence and argument suggesting the affirmative defense of duress; (5) evidence and argument related to possible punishment or hardship Huse faces if he is convicted; and (6) evidence and argument concerning the possibility of civil or administrative (as opposed to criminal) punishment.

Additionally, the government requests that the Court issue a pre-trial ruling that permits the admission of lay opinion testimony from certain government witnesses related to policies and practices at Company A, the company that employed Huse. Finally, the government requests that

the Court issue a pre-trial ruling that permits the admission of "other acts" evidence related to Huse's conduct while he was employed at Company A.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

/s/ Spiro Latsis
SPIRO LATSIS
Assistant United States Attorney
LA Bar Roll No. 24517
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3046
E-Mail: spiro.latsis@usdoj.gov

/s/ J. Ryan McLaren
J. RYAN McLAREN
Assistant United States Attorney
La Bar Roll No. 36577
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3000
E-Mail: Ryan.McLaren@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

/s/ Spiro Latsis
SPIRO LATSIS
Assistant United States Attorney